HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, and the NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND,<br><br>Plaintiffs,<br>v.<br><br>KIEWIT-HOFFMAN EAST LINK CONSTRUCTORS; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA AND FEDERAL INSURANCE COMPANY, Payment and Performance Bond Nos. 106741177-82443166; JABEZ HOLDINGS, INC. DBA ST FABRICATION, INC., FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Bond No. 09261891 and SOUND TRANSIT,<br><br>Defendants. | NO. 2:20-cv-00008-JLR<br><br><br><br>STIPULATED MOTION OF VOLUNTARY DISMISSAL OF DEFENDANTS AND ACTION WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTIES |

STIPULATED MOTION FOR
VOLUNTARY DISMISSAL OF ACTION – 1
2:20-cv-00008-JLR

2900 064 db26jw01fk

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900



This Stipulated Dismissal is entered into between Plaintiffs and Defendant Sound Transit. The parties hereby stipulate to a dismissal of all claims against the named defendants with prejudice and without costs or attorney fees to any parties.

No other defendants have appeared in this matter.

DATED this 27th day of February, 2020.

Stipulated by:

| Barlow Coughran Morales & Josephson, P.S. Attorneys for Plaintiffs | Central Puget Sound Regional Transit Authority Attorneys for Sound Transit |
|---|---|
| /s/ Noelle E. Dwarzski Noelle E. Dwarzski, WSBA #40041 | /s/ James E. Niemer James E. Niemer, WSBA #14477 |

### JUDGMENT

NOW THEREFORE, it is hereby ordered and adjudged that all named defendants and this action are hereby dismissed with prejudice and without costs or attorney fees to any parties.

DATED this 28th day of February, 2020.

_____
HONORABLE JAMES L. ROBART

STIPULATED MOTION FOR
VOLUNTARY DISMISSAL OF ACTION – 2
2:20-cv-00008-JLR

2900 064 db26jw01fk

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1 | Respectfully Submitted by:

2 | Barlow Coughran | Central Puget Sound Regional Transit
Morales & Josephson, P.S. | Authority
3 | Attorneys for Plaintiffs | Attorneys for Sound Transit

4

5 | /s/ Noelle E. Dwarzski | /s/ James E. Niemer
Noelle E. Dwarzski, WSBA #40041 | James E. Niemer, WSBA #14477

## CERTIFICATE OF SERVICE

This will certify that on February 27, 2020, I caused the foregoing Stipulated Motion for Voluntary Dismissal to be electronically filed with the Clerk of the Court using the CM/ECF system. This certifies that the foregoing document was served via CM/ECF electronic mail on all registered users.

Dated this 27th day of February 2020, at Seattle, Washington.

/s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA #40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for Plaintiff Trust Funds

STIPULATED MOTION FOR
VOLUNTARY DISMISSAL OF ACTION – 3
2:20-cv-00008-JLR

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

2900 064 db26jw01fk